580

LEON MILLER, PLAINTIFF-PETITIONER, v. RHEA W. MILLER, DEFENDANT-RESPONDENT.

*Messrs. Kapp Brothers*, for the petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs*, for the respondent.

September 10, 1951.  Denied.

GRACE E. LANDIS, ADMX. AD PROS., ETC., PLAINTIFF-RESPONDENT, v. ROBERT F. KLETT, DEFENDANT-PETITIONER.

*Messrs. Starr, Summerill & Davis* and *Mr. Sidney P. McCord, Jr.*, for the petitioner.

*Messrs. Carroll, Taylor & Bischoff*, for the respondent.

September 10, 1951.  Denied.